# Exhibit B

*Claim Chart re Asserted Claims of '511 Patent and Exemplary Accused Products*

Preliminary Comparison of U.S. Patent No. 7,952,511 Honda Vehicles

| '511 Patent, Claim 1 Language | Honda Vehicles Equipped with Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
| **Claim 1**. A method for detecting an object, comprising the steps of: | The Accused Instrumentalities implement a method for detecting an object (e.g. a pedestrian, or a vehicle https://www.acura.com/mdx/modals/collision-mitigation-braking-system-features. |
| defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver; | The method implemented by the Accused Instrumentalities includes defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver.<br><br>For example, "Powered by a combination of radar transmitter and forward-facing camera, the CMBS™ determines the distance and closing speed of detected objects that lie directly ahead." https://www.honda.com/safety/hondasensing-and-acurawatch<br><br>Also, "Using a millimeter wave radar sensor, concealed neatly behind the grill as well as a camera located between the windshield and the rearview mirror, CMBS scans up to about 330 feet of the road directly ahead when it determines that a collision might be possible with a vehicle or pedestrian detected ahead." https://owners.honda.com/vehicles/information/2019/CR-V/features/Collision-Mitigation-Braking-System/1/collision-mitigation-braking-system-cmbs-youtube<br><br>Further, "The Pedestrian Collision Mitigation Steering System uses the monocular camera and millimeter wave radar to detect pedestrian." https://global.honda/innovation/technology/automobile/Honda-Sensing.html<br><br>Thus, as described above, each Accused Instrumentality includes a radar unit, which transmits invisible electromagnetic radiation to be detected at a receiver located on the Accused Instrumentality. When the region intermediate to the path taken by the incident and the observed electromagnetic radiation is devoid of confounding factors and objects, a standard (*i.e.*, a control-variable-like, or a background) baseline signal set—that can be used for comparison purposes—is established. For example, one standard background might be the open road in front of the Accused Instrumentality. This baseline can be updated in essentially real time as, for instance, atmospheric propagation conditions change and evolve or road-painting schemes alter from one section of pavement to the next. |
| attenuating at least a portion of an invisible | The method implemented by the Accused Instrumentalities involves attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible |



1

Preliminary Comparison of U.S. Patent No. 7,952,511 Honda Vehicles

| | |
|---|---|
| electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation, | electromagnetic radiation. For example, the reflection, absorption, and attenuation characteristics of a pedestrian or vehicles will be different than the reflection, absorption, and attenuation characteristics of open road. |
| said invisible electromagnetic radiation propagating off axis with respect to the receiver toward a scattering medium; and | The invisible electromagnetic radiation is propagated off axis with respect to the receiver toward a scattering medium.<br><br>For example, invisible electromagnetic radiation is propagated from the radar unit, concealed behind the grille, toward a scattering medium (e.g., a road) in front of the vehicle. On information and belief, the radar unit comprises at least one transmitter and one separate and distinct receiver. The invisible electromagnetic radiation is therefore transmitted off-axis with respect to the receiver, although both are included in the Accused Instrumentality. |
| detecting the attenuation to indicate a presence of the object. | The method implemented by the Accused Instrumentalities involves detecting the attenuation to indicate a presence of the object. "The Collision Mitigation Braking System™ (CMBS™) uses both a radar system and a high-resolution forward camera to recognize hazards such as vehicles or a pedestrian." https://www.acura.com/mdx/modals/collision-mitigation-braking-system-features. |
| **Claim 15**. An apparatus for performing the method of claim 1, comprising: | As discussed above, the Accused Instrumentalities each constitute an apparatus for performing the method of claim 1. |
| means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver; and | The Accused Instrumentalities include means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver.<br><br>For example, "Using a millimeter wave radar sensor, concealed neatly behind the grill as well as a camera located between the windshield and the rearview mirror, CMBS scans up to about 330 feet of the road directly ahead when it determines that a collision might be possible with a vehicle or pedestrian detected ahead." https://owners.honda.com/vehicles/information/2019/CR-V/features/Collision-Mitigation-Braking-System/1/collision-mitigation-braking-system-cmbs-youtube.<br><br>Also, "To help reduce the likelihood or severity of a frontal impact, the Collision Mitigation Braking |



Preliminary Comparison of U.S. Patent No. 7,952,511 Honda Vehicles

| | |
|---|---|
| | System™ (CMBS™) uses both a radar system and a high-resolution forward camera to recognize hazards such as vehicles or a pedestrian." https://www.acura.com/mdx/modals/collision-mitigation-braking-system-features.<br><br>On information and belief, a database of masses and shapes constitutes means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver. |
| a receiver for detecting the attenuation to indicate a presence of the object. | The Accused Instrumentalities include a receiver for detecting the attenuation to indicate a presence of the object.<br><br>For example, "Using a millimeter wave radar sensor, concealed neatly behind the grill as well as a camera located between the windshield and the rearview mirror, CMBS scans up to about 330 feet of the road directly ahead when it determines that a collision might be possible with a vehicle or pedestrian detected ahead." https://owners.honda.com/vehicles/information/2019/CR-V/features/Collision-Mitigation-Braking-System/1/collision-mitigation-braking-system-cmbs-youtube.<br><br>Also, "To help reduce the likelihood or severity of a frontal impact, the Collision Mitigation Braking System™ (CMBS™) uses both a radar system and a high-resolution forward camera to recognize hazards such as vehicles or a pedestrian." https://www.acura.com/mdx/modals/collision-mitigation-braking-system-features.<br><br>As discussed above with respect to claim 1, the radar unit includes a receiver that detects the attenuation of at least a portion of an invisible electromagnetic radiation field to detect the presence of an object. |

3

